IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FLORENCE MASON,** | : | |
| **Plaintiff,** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **GIOVANNI CAMPBELL, et al.,** | : | **No. 16-1675** |
| **Defendants.** | : | |

### ORDER

**AND NOW**, this  day of **29th** day of **July, 2016**, upon consideration of Defendant Commonwealth of Pennsylvania's Motion to Dismiss, Defendants Defender Association of Philadelphia, Christopher Boltinghouse, Rachel Miller, and Jules Szantos's Motion to Dismiss, Defendant R. Seth Williams's Motion to Dismiss, and Defendant Giovanni Campbell's Motion to Dismiss, the responses thereto, and the replies thereon, and for the reasons contained in the Court's Memorandum dated July 29, 2016, it is hereby **ORDERED** that:

1. Defendant Commonwealth of Pennsylvania's Motion to Dismiss (Document No. 13) is **GRANTED.** Plaintiff's claims against the Commonwealth are **dismissed with prejudice.**

2. The Public Defender Defendants' Motion to Dismiss (Document No. 15) is **GRANTED in part**. Plaintiff's Count I and Count IV claims against the Defender Association of Philadelphia, Christopher Boltinghouse, Rachel Miller, and Jules Szantos are **dismissed with prejudice**. Plaintiff's Count II, III, and V claims against these Defendants are **remanded to the Philadelphia County Court of Common Pleas**.

3. Defendant R. Seth Williams's Motion to Dismiss (Document No. 17) is

> GRANTED. Plaintiff's claims against Williams are **dismissed with prejudice**.

4. Defendant Judge Giovanni Campbell's Motion to Dismiss (Document No. 18) is **GRANTED**. Plaintiff's claims against Judge Campbell are **dismissed with prejudice**.

5. The Clerk of Court is directed to close this case.

                        **BY THE COURT:**

                        */s/ Berle M. Schiller*

                        **Berle M. Schiller, J.**